UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20852-CR-GOLD/MCALILEY

UNITED STATES OF AMERICA,

vs.

SAMER MEHDI,
KHALED T. SAFADI,
CEDAR DISTRIBUTORS, INC.,
ULISES TALAVERA,
TRANSAMERICA EXPRESS OF MIAMI,
EMILIO JACINTO GONZALEZ-NEIRA,
and
JUMBO CARGO, INC.,

               Defendants.
_____/

## DEMAND FOR EXPERT DISCOVERY

Defendants Khaled Safadi and Cedar Distributors request that the government make expert disclosures pursuant to Paragraph (N) of Local Rule 88.10 and this Court's Standing Discovery Order

               Respectfully submitted,

               LEWIS TEIN, P.L.
               3059 Grand Avenue, Suite 340
               Coconut Grove, Florida 33133
               Tel. (305) 442 1101
               Fax (305) 442 6744

BY:   /s/  Michael R. Tein
MICHAEL R. TEIN
Florida Bar No. 993522
tein@lewistein.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the following service list via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Michael R. Tein

MICHAEL R. TEIN

### SERVICE LIST

Allyson Fritz, Esq.
Russell Koonin, Esq.
Assistant United States Attorneys
U.S. Attorney's Office
99 NE 4th Street
Miami, Florida 33132