UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20852-CR-GOLD/MCALILEY

UNITED STATES OF AMERICA

v.

SAMER MEHDI, et al.

        **Defendants.**
_____/

GOVERNMENT'S NOTICE PURSUANT TO FEDERAL
RULE OF EVIDENCE 16 OF INTENT TO INTRODUCE
EXPERT TESTIMONY

      The United States, by and through the undersigned Assistant United States Attorney, hereby gives notice pursuant to Federal Rule of Evidence 16, of its intention to call expert witnesses at trial in the government's case in chief. Attached hereto, please find three expert witness identifications curriculum vitae that the government may call at trial. As more information is identified, this notice will be supplemented with their expert witness summaries.

      Respectfully submitted,

      JEFFREY SLOMAN
      UNITED STATES ATTORNEY

By:   s/Allyson Fritz
      Allyson Fritz
      Assistant United States Attorney
      Fla. Ct. No: A5500092
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      (305) 961-9287
      (305) 536-4675 (fax)
      E-mail: allyson.fritz@usdoj.gov

By:   s/Russell Koonin
      Russell Koonin
      Assistant United States Attorney
      Florida Bar Number 047749
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      (305) 961-9314
      (305) 536-4675 (fax)
      E-mail: russell.koonin@usdoj.gov

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                s/Allyson Fritz
                                                Allyson Fritz
                                                Assistant United States Attorney