# ALBERTO NISMAN

Summary of CV[1]:

Dr. Alberto Nisman was born on December 5, 1963 in Buenos Aires, Argentina. He graduated from the Facultad de Derecho y Ciencias Sociales de la Universtidad de Buenos Aires. He began his judicial career 24 years ago, working in different positions until he reached the post of General Prosecutor in 1995.

Since then, he has taken part in many trials, some of them very well known, representing the Country of Argentina in cases of terrorism, drugs, money laundering, arms trafficking and explosives, fraud and other crimes. He was appointed to represent the Public General Attorney's Office in the bombing of the AMIA Jewish Center on July 18, 1994. Since February, 2005, he has headed the Special Unit in charge of the AMIA case.

Dr. Nisman has also served as Penal Law and Penal Procedure teacher in the Universidad Nacional de Buenos Aires and the Universidad de Belgrano. He has written several articles and essays, and is a coauthor of a Manual of Penal Law Procedure published in Argentina by the Univesidad del Belgrano. In addition, Dr. Nisman has participated as a panelist and speaker in numerous seminars and workshops regarding key legal issues in his country and abroad. He presently focuses of deepening the theoretical-practical knowledge of aspects that international terrorism involves.

---

[1] A more detailed curriculum vitae will be provided upon receipt and translation as it is presently in Spanish.