Avi Jorisch

Avi Jorisch is a senior fellow at the Foundation for Defense of Democracies. Mr. Jorisch is also the founder of the Red Cell Intelligence GroupTM, Incorporated, ([www.redcellig.com](www.redcellig.com)) a consulting and training firm that specializes in national security issues relating to terrorism, illicit finance and radical Islam.

Previously, Mr. Jorisch served as a policy advisor at the Treasury Department's office of Terrorism and Financial Intelligence. In that capacity, he served as the head of the U.S. delegation to the Financial Action Taskforce's Typologies Working Group. Prior to joining the U.S. government, Mr. Jorisch was an FDD senior fellow and the executive director of the Coalition Against Terrorist Media, an organization comprised of Muslim, Christian, Jewish and secular organizations concerned about the role terrorist organizations play in funding various media outlets.

Mr. Jorisch is the author of, *Tainted Money: Are We Losing the War on Money Laundering and Terrorism Finance*?, a detailed study of how terrorists use the international financial system to fund their deadly activities. He is also the author of a Washington Institute monograph, *Beacon of Hatred: Inside Hizballah's al-Manar Television* (2004). This monograph is based on interviews in Lebanon and Qatar with Hizbollah and other Arab media experts, a CD with al-Manar propaganda, and a history of the station and the organization. As the Institute's Soref fellow from 2001 to 2003, he specialized in Arab and Islamic politics. Mr. Jorisch has also served as an Arab media and terrorism consultant for the Department of Defense.

Mr. Jorisch holds a bachelor's degree in history from Binghamton University and a master's degree in Islamic history from the Hebrew University of Jerusalem. In 2000 and 2001, he studied Arabic and Islamic Philosophy through the Center for Arabic Studies Abroad program at the American University in Cairo. He also earned a certificate in Arabic from al-Azhar University, the preeminent institution of Sunni Islamic learning.

Mr. Jorisch has traveled extensively in the Middle East, including Syria, Lebanon, Jordan, Israel, Gaza, the West Bank, Egypt, Qatar, Turkey, and Morocco. He has written at length about Hizballah and related terrorism issues, with articles appearing in prominent publications such as the *Los Angeles Times*, *Washington Times*, *Jerusalem Post*, and *Middle East Quarterly*. Mr. Jorisch has also been interviewed by more than 50 media outlets including CNN, ABC News, Fox News, the *New York Times* and numerous Arabic publications, to comment on terrorism-related matters, including al-Manar and its role in inciting terrorism throughout the world.

Media

In the Media**Print & Online**
[How Iran Skirts Sanctions](#), The Wall Street Journal (11/04/2009)
[How the World Health Organization Makes Terrorism Respectable](#), Tech Central Station (03/15/2005)
[Terrorist Television; Hezbollah Has a Worldwide Reach](#), National Review Online (12/22/2004)
[Banning Hizballah TV in America](#), The Washington Institute (12/17/2004)

**Broadcast**
[The Lars Larson Show](#) (10/26/2009)
[The Morning Show](#), KPSI Palm Springs Radio (08/10/2005)
[Janet Parshall's America](#), Syndicated Radio (07/06/2005)
[Dayside](#), Fox News Network (01/24/2005)
[The O'Reilly Factor](#), Fox News Channel (12/23/2004)

[See more Broadcast from Avi Jorisch](#)

**Mentions**
[U.S. Will Use Banks To Thwart Iran Nukes](#), quoted by Eli Lake, The Washington Times (02/24/2010)
[Review of Beacon Of Hatred: Inside Hizballah's Al-Manar Television](#), Ofer Barsadeh, The Jewish Press (03/09/2005)
[Pulling the Plug on Jihad TV; Why the U.S. Should Shut Down Hezbollah Live](#), Rachel Zabarkes Friedman, National Review Online (01/07/2005)
[The PR Battle in the Middle East](#), The Editors, The Washington Times (12/19/2004)
["All Intifada, All the Time"](#), Ariel Cohen, Tech Central Station (12/15/2004)

[See more Mentions from Avi Jorisch](#)

**International Media**
[LBC TV](#), Lebanese Broadcasting Corporation International (04/27/2008)
[The World Today](#), BBC Radio (03/08/2005)
[LBC](#), Al-Hadath Telelvision (11/02/2004)
[LBC](#), Al-Hadath (10/03/2004)

Press Releases[Tainted Money: Are We Losing the War on Money Laundering and Terrorism Financing?](#) (10/26/2009)

Research

Publication Archive[Hosting Hate: American Internet Companies and Their Terrorist Clients](#) (09/21/2004)