AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) Case No. 09-20852-CR-GOLD/McALILEY | |
| Samer Mehdi, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Samer Mehdi,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Violate the International Emergency Economic Powers Act and Conspiracy to Smuggle Goods from the United States, Title 18, United States Code, Section 371.

Date: 10/1/09

*Issuing officer's signature*

City and state:   Miami, Florida         Steven M. Larimore, Clerk of Court / Court Administrator
                                          *Printed name and title*

### Return

This warrant was received on *(date)* 10-05-09, and the person was arrested on *(date)* 08-19-14
at *(city and state)* Miami Int'l Airport, Miami, FL by DHS

Date: 08-19-14       BY: JOE GODSK, SDUSM, SD/FL
                          *Arresting officer's signature*

                          AMOS ROJAS JR., U.S. MARSHAL, SD/FL
                          *Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Samer Mehdi

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Allyson Fritz

Last Known Address: _____

What Facility: _____

Agent(s): Ual Bradley, ICE
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)